[No. 48812-1-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. K.J, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-01633-8, Laura C. Inveen, J., entered June 22, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49014-1-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN ALONZO WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09592-5, Michael J. Fox, J., entered July 30, 2001. *Reversed* by unpublished per curiam opinion.

[No. 19614-3-III.   Division Three.   March 28, 2002.]

FRANCIS X. McGOWAN, *Appellant*, v. CHARLES E. HUDON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-2-01567-4, Michael W. Leavitt, J., entered September 1, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19710-7-III.   Division Three.   March 28, 2002.]

MARK C. RUBIN, ET AL., *Respondents*, v. HARVEY G. MOYS, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 27044, Philip H. Faris, J. Pro Tem., entered October 13, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.